OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015

**6/29/2015
FORD, DARREN**　　　Tr. Ct. No. 132776901010-A　　　**WR-83,320-0**

On this day, this Court has denied "APPLICANT'S MOTION REQUESTING AN EXTENSION OF TIME FOR FILING HIS MOTION REQUESTING EN BANC REHEARING".

Abel Acosta, Clerk

DARREN FORD

DC # 1789075

U TF